(No. 83-CC-2737–

BRITT OFFICE SYSTEMS, INC., Claimant, *v.* THE STATE OF ILLINOIS, Respondent.

*Stipulation filed July 28, 1983.*

*Order filed August 18, 1983.*

BRITT OFFICE SYSTEMS, INC., *pro se*, for Claimant.

NEIL F. HARTIGAN, Attorney General (KATHLEEN O'BRIEN, Assistant Attorney General, of counsel), for Respondent.

## STIPULATION

ROE, C.J.

This is a lapsed appropriation claim. The State agrees to an entry of an award based on the report filed in this matter which provides the following information:

Agency: Department of Law Enforcement

Purpose: For duplicating and microfilming the card files for the Illinois Department of Law Enforcement, division of support services, at Joliet laboratory.

Fund No. 001-45402-1200-00 Fiscal Year: FY81
Amount: $24,787.00

Claimant's social security or tax No. _____

Sufficient funds lapsed to cover this claim.

## ORDER

Roe, C.J.

The record in this cause indicates that this is a standard lapsed appropriation claim which should be paid in accordance with the above stipulation. It is so ordered.